# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ESBIN VICENTE AGUSTIN JIMENEZ,** § | | |
| Petitioner, § | | |
| § | | |
| v. § | EP-26-CV-00316-DB | |
| § | | |
| **MARY DE ANDA-YBARRA**, *in her* § | | |
| *official capacity as Field Office Director of* § | | |
| *Enforcement and Removal Operations, El* § | | |
| *Paso Field Office, Immigration and Customs* § | | |
| *Enforcement, et al.*, § | | |
| Respondents. § | | |

## ORDER

On this day, the Court considered the above-captioned case. On February 24, 2026, Respondents filed an "Advisory to the Court," ECF No. 7, advising the Court the Immigration Judge ordered Petitioner be released from custody under a "bond of $1,500" and alternatives to detention ("ATD") at the discretion of DHS. ECF No. 7 at 1.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than March 4, 2026.**

**SIGNED** this **25th** day of **February 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE