IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ESBIN VICENTE AGUSTIN JIMENEZ,** §<br>     Petitioner, §<br> §<br>v. §<br> §<br>**MARY DE ANDA-YBARRA**, *in her* §<br>*official capacity as Field Office Director of* §<br>*Enforcement and Removal Operations, El* §<br>*Paso Field Office, Immigration and Customs* §<br>*Enforcement, et al.*, §<br>     Respondents. | EP-26-CV-00316-DB |

## FINAL JUDGMENT

On February 12, 2026, this Court issued an "Order," ECF No. 5, granting in part Petitioner Esbin Vicente Agustin Jimenez's "Verified Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief," ECF No. 1, filed on February 3, 2026. On March 4, 2026, Respondents filed an "Advisory to the Court," ECF No. 9, advising the Court that the Parties conferred and there are no remaining issues before the Court. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that District Clerk **SHALL CLOSE** this case.

**SIGNED** this **5th** day of **March 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE